# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **EDDIE BROWNLEE** | ) | **CASE NO.:** |
| | ) | |
| Plaintiff, | ) | **JUDGE** |
| **v.** | ) | |
| | ) | **MOTION FOR DELAYED BRIEF** |
| **DAVID YOST** | ) | |
| **OHIO ATTORNEY GENERAL** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  **COMES NOW** Eddie Brownlee, by and through the undersigned counsel, and hereby moves this Honorable for leave to file a delayed brief. In support of the instant application, the undersigned sets forth the following:

  1. The undersigned has just recently been engaged to file a Petition for Relief from a Conviction or Sentence by a Person in State Custody (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus). After preliminary review, the undersigned has developed a substantial belief that there are genuine and significant issues entitling the Petitioner to habeas relief.

  2. If given 120 days, a conforming brief in support of this petition can be filed, which lays out the reasons for relief and the grounds thereof effectively. It is so prayed.

Respectfully submitted,

/s/ Christopher McNeal
CHRISTOPHER MCNEAL, ESQ. (0096363)
5333 Northfield Road, Suite 300
Bedford Heights, Ohio 44146
(440 703-0257
(216) 472-8759 (facsimile)
chris@mcneallegalservices.com

Counsel for Eddie Brownlee

2